**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**


**Antonio Jackson,**

      *Plaintiff,*

                                      Case No. **6:21-cv-00212-WWB-DCI**

v.

**Trueaccord Corp.,**
**Skytrail Servicing Group, LLC,**
*and* **William C. Pruett,**

      *Defendants.*

_____/


**<ins>NOTICE OF SETTLEMENT AS TO DEFENDANTS SKYTRAIL SERVICING</ins>**
**<ins>GROUP, LLC, AND WILLIAM C. PRUETT ONLY</ins>**

      Plaintiff, Antonio Jackson, by and through undersigned counsel, hereby submits

this notice pursuant to Local Rule 3.08 to advise this Court that he has reached a settlement

as to his claims against Defendants Skytrail Servicing Group, LLC, and William C. Pruett.

      This Notice does not apply to the remaining claims against the sole remaining

Defendant, Trueaccord Corp.

Respectfully submitted this June 16, 2021, by:

                                /s/ *Thomas M. Bonan*
                                Thomas M. Bonan, Esq.
                                Florida Bar # 118103
                                Seraph Legal, P.A.
                                1614 N 19th Street
                                Tampa, FL 33605
                                (813) 321-2347
                                Tbonan@seraphlegal.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on **June 16, 2021**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on Defendants' counsel as follows via transmission of Notices of Electronic Filing generated by CM/ECF, email, or postal mail to all Parties.

/s/ *Thomas M. Bonan*
Thomas M. Bonan, Esq.
Florida Bar # 118103